## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. GLR-13-371 |
| MARLAND MAYNOR | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUPPRESS TANGIBLE AND DERIVATIVE EVIDENCE

The defendant, Marland Maynor, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland and Joseph A. Balter, Deputy Federal Public Defender, hereby moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure to suppress any evidence seized in violation of the Fourth Amendment to the United States Constitution and as grounds states the following:

1. The defendant, Marland Maynor, is charged with possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1); and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1).

2. Discovery materials indicate that Baltimore City police officers arrested the defendant on February 15, 2013 in the vicinity of Edmondson Avenue in Baltimore, Maryland. The officers seized CDS from the defendant. The officers then conducted a custodial interrogation and the defendant made statements that led to the seizure of a firearm.

3. The arrest was made without reasonable suspicion or probable cause and violated the defendant's rights under the 4th Amendment to the United States Constitution. All evidence seized as a result of the unlawful arrest should be suppressed.

WHEREFORE, the defendant requests that this Court grant an Order of Suppression on the grounds alleged herein and any other ground that may become apparent upon a hearing on the motion.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


                /S/
_____
JOSEPH A. BALTER        #04496
Deputy Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: joseph_balter@fd.org

## MEMORANDUM OF POINTS AND AUTHORITIES

1. *Illinois v. Gates*, 462 U.S. 213 (1983).

2. *Brinegar v. United States,* 338 U.S. 160 (1949).

3. Fourth Amendment to the United States Constitution.


/S/
_____
JOSEPH A. BALTER          #04496
Deputy Federal Public Defender


## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District of Maryland, a hearing is requested on the defendant's motion.


/S/
_____
JOSEPH A. BALTER          #04496
Deputy Federal Public Defender