

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

*Rod J. Rosenstein*
*United States Attorney*

*Brandis Marsh*
*Special Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4897*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*
*TTY/TDD: 410-962-4462*

April 10, 2014

Honorable George L. Russell, III
United States District Judge
101 West Lombard Street
Baltimore, MD   21201-2724

    Re:    United States v. Marland Maynor
           Case No. GLR-13-0371

Dear Judge Russell:

    Your honor requested a status report by April 10, 2014 concerning the case against Mr. Maynor in light of the results from the recent motions hearing.  The Government intends to dismiss the indictment shortly.  The government has contacted Baltimore County States Attorney Office regarding the status of a detainer the government believes was lodged against Mr. Maynor.  Upon verification of the detainer status the government will move to dismiss the indictment against Mr. Maynor without further delay.

                Very truly yours,

                Rod J. Rosenstein
                United States Attorney

                By:_____/s/_____
                Brandis Marsh
                Special Assistant United States Attorney